UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

OCT 1 4 2010

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Jeffrey L.G. Johnson,                )
                                     )
        Plaintiff,                   )
                                     )
    v.                               )    Civil Action No. 1C 173ᴋ
                                     )
United States *et al.*,              )
                                     )
        Defendants.                  )
                                     )

MEMORANDUM OPINION

This matter is before the Court on its initial review of plaintiff's *pro se* complaint and application for leave to proceed *in forma pauperis*. Pursuant to 28 U.S.C. § 1915(e), the Court is required to dismiss a complaint upon a determination that it, among other grounds, is frivolous. 28 U.S.C. § 1915(e)(2)(B)(i).

Plaintiff, a resident of St. Louis, Missouri, purports to be an "executor." He sues several categories of high-level government officials, including the current and former presidents of the United States, justices of the Supreme Court, speakers of the U.S. House of Representatives, attorneys general, directors of the Central Intelligence Agency, directors of the Federal Bureau of Investigation and various others. *See* Compl. at 1-10. Plaintiff summarizes his lengthy complaint as "charg[ing] the Defendants [with] knowingly and recklessly participating in a conspiracy with state actors of the State of Missouri in a scheme stemming from the initial defrauding of an estate, to executing a domestic surveillance and intercept program by the Defendant . . . under a shroud of secrecy by the federal Courts, the office of the Chief Executive as Presidents(s), the U.S. Congress and State actors of the State of Missouri from 1988-present." *Id.* at 11.

Complaints that describe fantastic or delusional scenarios or contain "fanciful factual allegation[s]" are subject to dismissal under 28 U.S.C. § 1915(e)(2). *Neitzke v. Williams*, 490 U.S. 319, 325 (1989); accord *Best v. Kelly*, 39 F.3d 328, 330-31 (D.C. Cir. 1994). This complaint qualifies for such treatment and, thus, will be dismissed. A separate Order accompanies this Memorandum Opinion.

United States District Judge

Date: October 12, 2010